Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 MAY 16 AM 11:05

RAFAEL RAMIREZ-RIVERA, #31543-069
FCI HAZELTON
P.O. BOX 5000
BRUCETON MILLS, WV. 26525
(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

Petitioner,

vs.

HEATHER RAY
(Name of Warden or other authorized person where you are incarcerated)

Respondent.

Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241

Civil Action No. 23-CV-1243 FAB
(to be assigned by Clerk)

Important notes to read before completing this form:

☆  Please read the entire petition before filling it out. Answer **only** those questions which pertain to your claim(s).

1.  This petition concerns (check the appropriate box):

    ☐ a conviction
    ☒ a sentence
    ☐ jail or prison conditions
    ☐ prison disciplinary proceedings
    ☐ a parole problem
    ☒ other, state briefly: THE REVOCATION OF FSA ETC's WITHOUT CAUSE

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   U.S. DISTRICT COURT FIRST DISTRICT OF PUERTO RICO
   _____
   _____

4. List the case number, if known: 07-CR-452-01 (GAG)

5. List the nature of the offense for which the sentence was imposed:
   18: 922(G)(1) ; 18:922(G)
   _____
   _____

6. List the date each sentence was imposed and the terms of the sentence:
   6-24-2008
   _____
   _____

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☒ Yes   ☐ No

10. If you did appeal, give the following information for each appeal:

   A. Name of Court: DIRECT APPEAL FIRST U.S. DISTRICT OF PUERTO RICO
   B. Result: DENIED
   C. Date of Result: N/A
   D. Grounds raised (List each one): UNKNOWN

   Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

   ☐ Yes   ☒ No

   If your answer was yes, complete the following sections:

   A. First post-conviction proceeding:
      1. Name of Court: _____

Attachment A

    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☐ No   Result: _____
    2. Second proceeding: ☐ Yes ☐ No   Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: COUNSEL'S ADVICE
_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A. U.S. Parole Commission unlawfully revoked my parole.
    B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one: PETITIONER IS BEING UNLAWFULLY DENIED HIS FSA ETC's WHICH WERE INITIALLY GRANTED, AND HAS SINCE BEEN REVOKED WITHOUT CAUSE, AND HE IS PRESENTLY BEING HELD BEYOND HIS PROJECTED OUTDATE OF JUNE 27, 2023, (ACCORDING TO BOP OFFICIALS) WHICH IS IN DIRECT CONFLICT WITH THE FSA OF 2018 AND 18 U.S.C. §3632(d)(4).

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

As I will set forth in the attached Memorandum of law in support of this application, after being granted eligibilty status for FSA ETC's Petitioner was notified via Sentence Monitoring Computation Data sheet that he was no longer eligible. Petitioner has maintained his eligibility status (as far as he knew) giving BOP no cause to retract ETC's.

B. Ground two:

Supporting facts:

C. Ground three:

Supporting facts:

D. Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
NO
_____
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☒ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result:

      DENIED BY WAY OF UNACCEPTABLE REASON.
      _____
      _____
      _____
      _____

Attachment A

2. If your answer to "A" above was no, explain:
_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes   ☒ No

1. If your answer to "B" above was yes, what was the result:
_____
_____
_____

2. If your answer to "B" above was no, explain:
This is a matter of law, and if not remedied immediately it could result in Petitioner being pushed beyond his projected outdate rendering said controversy moot.

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make no legal arguments.
2. Cite no cases or statutes.

Order BOP to properly calculate Petitioner's ETC's and apply those ETC's to his current sentence and order an immediate release, should this Court's disposition exceed his June 27, 2023 projected release date and appoint counsel if this court deems necessary and just.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____
_____

Signed this __12__ day of __MAY__, __2023__.
       (day)                (month)            (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 5/12/2023     _____
                                                Your Signature